FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 MAR -9 PM 4:54

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| RAJESH KATAKDAUNDE, Plaintiff, v. CLIENT SERVICES, INC., Defendant. | CASE NO. 1:11-cv-0344 WTL-MJD |
|---|---|

## COMPLAINT

### I. INTRODUCTION

1. This is an action for statutory and actual damages, costs of the action and a reasonable attorney's fee brought by Rajesh Katakdaunde for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., by Defendant.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337.

### III. PLAINTIFF

3. Plaintiff Rajesh Katakdaunde is a natural person residing in Peoria, Illinois.

### IV. DEFENDANT

4. Defendant Client Services, Inc. (hereinafter "Client Services") is a for-profit foreign corporation with its principal place of business in St. Charles, Missouri.

5. At all times referenced herein, Client Services was operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

### V. STATEMENT OF FACTS

6. Client Services placed a debt on Plaintiff's credit report that he does not owe.

## VI.   CLAIMS FOR RELIEF

### A. Fair Debt Collection Practices Act

7. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through six above.

8. Client Services violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

   a. Attempting to collect a debt that Plaintiff does not owe, in violation of 15 U.S.C. § 1692d;

   b. Falsely representing the amount and legal status of a debt, in violation of 15 U.S.C. § 1692e;

   c. Attempting to collect an amount not expressly authorized by the agreement creating the debt or permitted by law, in violation of 15 U.S.C. § 1692f.

9. As a result of these violations of the Fair Debt Collection Practices Act, Defendant is liable to Plaintiff for his actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant in an amount that will compensate him for his actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

Robert E. Duff, Atty No. 16792-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
380 Mount Zion Road, Suite C
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com